```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed March 01, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-72422 RE

**ARTHUR LEE LYNCH and**                  Chapter 13
**TERRI ANN LYNCH,**

           Debtors.                       ORDER VALUING LIEN OF AMERICAN
                                          FIRST CREDIT UNION
_____/

   On January 21, 2011, Arthur and Terri Lynch(hereinafter Debtors) served a motion to value the lien of American First Credit Union (hereinafter Lienholder) against the property commonly known as 2309 Windsor Lane, Oakley, CA 94561, which lien was recorded in Contra Costa County on or about August 20, 2007 as document 023824000 (hereinafter the Lien).

   The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

   (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

1  (2) This order shall become part of Debtors' confirmed chapter 13
2 plan.
3  (3) Upon entry of a discharge in Debtors' chapter 13 case, the
4 Lien shall be voided for all purposes, and upon application by
5 Debtors, the court will enter an appropriate form of judgment voiding
6 the Lien.
7  (4) If Debtors' chapter 13 case is dismissed or converted to one
8 under another chapter before Debtors obtain a discharge, this order
9 shall cease to be effective and the Lien shall be retained to the
10 extent recognized by applicable nonbankruptcy law, and upon
11 application by the Lienholder, the court will enter an appropriate
12 form of order restoring the Lien.
13  (5) Except as provided by separate, subsequent order of this
14 court, the Lien may not be enforced so long as this order remains in
15 effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |
| 4 | Law Offices of Patrick L. Forte<br>One Kaiser Plaza, Suite 480<br>Oakland, CA 94612 |
| 5 | |
| 6 | Arthur Lynch<br>2309 Windsor Lane<br>Oakley, CA 94561 |
| 7 | |
| 8 | Attn: Officer or Managing Agent<br>American First Credit Union<br>700 North Harbor Blvd.<br>La Habra, CA 90631 |
| 9 | |
| 10 | |
| 11 | Attn: Robert Street<br>American First Credit Union<br>700 North Harbor Blvd.<br>La Habra, CA 90631 |
| 12 | |
| 13 | |
| 14 | Attn: Lisa Scott<br>American First Credit Union<br>700 North Habror Blvd.<br>La Habra, CA 90631 |
| 15 | |
| 16 | Attn: Officer<br>Wells Fargo Bank, National Association<br>101 N Phillips Avenue<br>Sioux Falls, SD 57104 |
| 17 | |
| 18 | |
| 19 | Attn: Officer<br>Wells Fargo Bank, National Association<br>C/o CSC – Lawyers Incorporating Service<br>2730 Gateway Oaks Dr.<br>Suite 100<br>Sacramento, CA 95833 |
| 20 | |
| 21 | |
| 22 | |
| 23 | Attn: Officer or Managing Agent<br>Wells Fargo Home Mortgage, Inc.<br>1 Home Campus MAC x2401-049<br>Des Moines, IA 50328 |
| 24 | |
| 25 | |
| 26 | |

Attn: Officer or Managing Agent
Wells Fargo Home Mortgage, Inc.
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

Attn: Officer or Managing Agent
HSBC Bank Nevada, NA
C/o Bass & Associates, PC
3936 E. Ft. Lowell Road
Suite #200
Tucson, AZ 85712